John Metsker, Esq., SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY M. KENNEDY,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 5:25-cv-01206-ADS<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($3,500.00) pursuant to 28 U.S.C. § 2412(d) and FOUR HUNDRED FIVE DOLLARS AND NO CENTS ($405.00) in costs pursuant to 28 U.S.C. § 1920.

DATE:  November 5, 2025                     _____/s/ Autumn D. Spaeth_____
                                                               HONORABLE AUTUMN D. SPAETH
                                                               UNITED STATES MAGISTRATE JUDGE